# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR MORRISON OF CALIFORNIA, LLC, a California limited liability company; TAYLOR MORRISON SERVICES, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>Defendants | Case No. 2:12-cv-02933-KJM-JFM<br><br>**ORDER RE STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY 7 DAYS (L.R. 144)**<br><br>Current response date: April 24, 2013<br>New response date: May 1, 2013 |

The Court, having considered the Stipulation To Further Extend Time To Respond To First Amended Complaint by 7 Days ("Stipulation") between Defendants Taylor Morrison of California, LLC and Taylor Morrison Services, Inc. (collectively "Taylor Morrison") and Plaintiffs Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America (collectively "Travelers"), hereby approves the

1  Stipulation granting Taylor Morrison an extension of time up to and including May 1, 2013 to
2  respond to Travelers' First Amended Complaint.

3             IT IS SO ORDERED.
4
5
6  DATED: April 19, 2013
7
8
9
10                                      _____
11                                      Troy L. Nunley
12                                      United States District Judge

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
LOS ANGELES, CA

- 2 -

ORDER
2:12-cv-02933-KJM-JFM