Jeffrey D. Masters (State Bar No. 94112)
John R. Musitano, Jr. (State Bar No. 192947)
COX, CASTLE & NICHOLSON LLP
2049 Century Park East, 28th Floor
Los Angeles, CA  90067-3284
Telephone:  (310) 284-2200
Facsimile:  (310) 284-2100
Email:  jmasters@coxcastle.com;
         jmusitano@coxcastle.com

Attorneys for Defendants and Counterclaimants
Taylor Morrison of California, LLC and Taylor Morrison Services, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiffs,<br><br>      vs.<br><br>TAYLOR MORRISON OF CALIFORNIA, LLC, a California limited liability company; TAYLOR MORRISON SERVICES, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>                Defendants. | Case No. 2:12-cv-02933-TLN-(CKD)<br><br>**ORDER TO STAY THE CASE AND VACATE DATES OF PRETRIAL SCHEDULING ORDER** |
| TAYLOR MORRISON OF CALIFORNIA, LLC, a California limited liability company; TAYLOR MORRISON SERVICES, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>                Counterclaimants,<br><br>      vs. | |

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

           Counterdefendants.

GOOD CAUSE APPEARING THEREFORE,

The action and all proceedings herein, including any dates under the Federal Rules of Civil Procedure and the Local Rules, are stayed generally from the date of the Court's Order through and including February 17, 2014; all dates referenced in the Court's Pretrial Scheduling Order dated July 8, 2013 are vacated; and, should the matter not settle during the stay, the parties will file a Joint Status Report on or before March 10, 2014 with a revised discovery and motion schedule, based on which the Court will issue an Amended Pretrial Scheduling Order..

IT IS SO ORDERED.

Dated: December 18, 2013

*[signature]*

Troy L. Nunley
United States District Judge