**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kimberly R. Arnal, Esq. (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA  92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs/Counter-Defendants
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR MORRISON OF CALIFORNIA, LLC, a California limited liability company; TAYLOR MORRISON SERVICES, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>Defendant.<br><br>TAYLOR MORRISON OF CALIFORNIA, LLC, a California limited liability company; TAYLOR MORRISON SERVICES, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>Counterclaimants,<br><br>vs. | Case No. 2:12-cv-02933-TLN-JFM<br>[Hon. Troy L. Nunley]<br><br>**STIPULATION TO STAY THE CASE GENERALLY UNTIL AUGUST 6, 2014; ORDER**<br><br>COMPLAINT FILED:  December 4, 2012 |

**STIPULATION AND ORDER TO STAY THE CASE**

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

Counterdefendants.

**WHEREAS,** this Court issued an Order to Stay the Case and Vacate Dates of the Pretrial Scheduling Order on December 19, 2013 (Dckt No. 24) staying the case until February 17, 2014 and vacating all Pretrial Scheduling Order dates;

**WHEREAS,** Plaintiffs and Counterdefendants Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America (collectively "Travelers"), on the one hand, and Defendants and Counterclaimants Taylor Morrison if California, LLC and Taylor Morrison Services, Inc. (collectively "Taylor Morrison"), on the other, are actively negotiating a complex written settlement agreement;

**WHEREAS,** Travelers' and Taylor Morrison's settlement discussions include three other declaratory relief actions between the parties: (1) *Travelers Property Casualty Company of America v. Taylor Morrison of California, LLC, et al.*, United State District Court for the Northern District of California, Case No. 5:12-cv-04204-EJD-HRL; (2) *St. Paul Fire and Marine Insurance Company, et al. v. Taylor Morrison of California, LLC, et al*, United State District Court for the Central District, Case No. CV-13-4898-MWF(SPx); and (3) *St. Paul Mercury Insurance Company, et al. v. Taylor Morrison Services, Inc., et al.*, United States District Court for the Central District of California, Case No. 5:13-CV-02336-R-SH;

**WHEREAS**, the settlement between Travelers and Taylor Morrison embraces numerous additional underlying actions where the parties dispute their obligations under certain policies of insurance.  If unresolved, these disputes could lead to additional declaratory relief actions between Travelers and Taylor Morrison, which would likely be filed in federal court;

**WHEREAS,** the settlement between Travelers and Taylor Morrison also embraces underlying actions that may be filed in the future where the parties dispute their obligations under certain policies of insurance.  If unresolved, these disputes could

lead to additional declaratory relief actions between Travelers and Taylor Morrison, which would likely be filed in federal court;

**WHEREAS,** due to the number of pending and potential future declaratory relief actions and underlying construction defect actions that the settlement discussions embrace, these discussions have become extremely complex and the parties need more time to work out and resolve all the details.

**WHEREAS,** both Travelers and Taylor Morrison believe that they will be able conclude an agreement, but a stay of this case will enable them to focus their energies on the settlement negotiations without spending further time on litigation which ultimately is not likely to serve any purpose, in view of the anticipated settlement."

**IT IS HEREBY STIPULATED** by and between Travelers and Taylor Morrison, by and through their designated counsel, and subject to the approval of this Court, to stay the case generally until August 6, 2014.

Dated: May 13, 2014    **THE AGUILERA LAW GROUP, APLC**

By: */s/ Kimberly R. Arnal*
     A. Eric Aguilera, Esq.
     Kimberly R. Arnal, Esq.
Attorneys for Plaintiffs Travelers Property Casualty Company of America and Travelers Indemnity Company of Connecticut

Dated: May 13, 2014    **COX CASTLE NICHOLSON LLP**

By: */s/ John Musitano*
     John Musitano, Esq.
Attorney for Defendants and Counterclaimants Taylor Morrison of California LLC and Taylor Morrison Services, Inc.

- 3 -

**STIPULATION AND ORDER TO STAY THE CASE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 14, 2014

_____
Troy L. Nunley
United States District Judge

- 4 -

**STIPULATION AND ORDER TO STAY THE CASE**