**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kimberly R. Arnal, Esq. (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation<br><br>        Plaintiff,<br><br>        v.<br><br>TAYLOR MORRISON OF CALIFORNIA, LLC, a California limited liability company; TAYLOR MORRISON SERVICES, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>        Defendant.<br><br>TAYLOR MORRISON OF CALIFORNIA, LLC, a California limited liability company; TAYLOR MORRISON SERVICES, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>        Counterclaimants,<br><br>        vs. | Case No. 2:12-cv-02933-TLN-CKD<br>[Hon. Troy L. Nunley]<br><br>**STIPULATION TO VOLUNTARILY DISMISS ENTIRE ACTION UNDER FRCP RULE 41; ORDER** |

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

        Counterdefendants.

**WHEREAS,** Plaintiffs Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America (collectively "Travelers") and Defendants Taylor Morrison of California LLC, and Taylor Morrison Services, Inc. (collectively "Taylor Morrison") have reached a settlement;

**WHEREAS**, Plaintiffs Travelers wish to dismiss, with prejudice, their Complaint against defendants Taylor Morrison in the present action.

**WHEREAS**, Defendants Taylor Morrison wish to dismiss, with prejudice, their Counterclaim against plaintiffs Travelers in the present action.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Travelers and Taylor Morrison, by and through their designated counsel, that the Complaint against Taylor Morrison be and is hereby dismissed with prejudice from the above-entitled action pursuant to FRCP 41.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Taylor Morrison and Travelers, by and through their designated counsel, that the Counterclaim against Travelers be and is hereby dismissed with prejudice from the above-entitled action pursuant to FRCP 41.

Travelers and Taylor Morrison further agree to waive any claim for costs they might have against each other associated with the present action.

/ / /

/ / /

/ / /

/ / /

Dated: November 25, 2014        THE AGUILERA LAW GROUP, APLC

By: ___/s/ Kimberly R. Arnal_____
   A. Eric Aguilera, Esq.
   Kimberly R. Arnal, Esq.
Attorneys for Plaintiffs Travelers Property Casualty Company of America and Travelers Indemnity Company of Connecticut

Dated: November 25, 2014        **COX CASTLE NICHOLSON LLP**

By: __/s/ John R. Musitano, Jr.__
   John R. Musitano, Jr., Esq.
Attorney for Defendants and Counterclaimants Taylor Morrison of California LLC and Taylor Morrison Services, Inc.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: November 25, 2014

_____
Troy L. Nunley
United States District Judge